# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00262-CV

**In re Hussein Ali Yassine**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Hussein Ali Yassine's petition for writ of mandamus is denied.  Real party

in interest Heather Oden's motion for sanctions is denied.

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Filed:  May 19, 2011